UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc. ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Miguel Angel Barajas et al,<br><br>　　　　Defendant. | Case No. 1:15-cv-1733-TLN-JLT<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in the amount of $25,000 against defendants:

Miguel Angel Barajas and Guillermina Carrizales

September 12, 2016　　　　　　　　　　　　　　MARIANNE MATHERLY, CLERK

　　　　　　　　　　　　　　　　　　　　　　By: /s/  S Washington, Deputy Clerk